

# Fourth Court of Appeals
## San Antonio, Texas

February 13, 2014

No. 04-13-00623-CV

**THE CITY OF SAN ANTONIO**,
Appellant

v.

**THE ROGERS SHAVANO RANCH, LTD**., Rogers 1604 Commercial, Ltd., Bitterblue, Inc.,
and Denton Development Corporation,
Appellees

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2006-CI-14306
Honorable Cathleen M. Stryker, Judge Presiding

# O R D E R

Thee Appellant's Request for Leave to File Post Submission Letter is GRANTED.

**PER CURIAM**

ATTESTED TO:_____
Keith E. Hottle
Clerk of Court